**VAN–019** Deficiency Notice – Petitions (BNC) – Rev. 07/08/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
Terry Tew
 ( debtor has no known aliases )
4 Bladen Street
White Lake, NC 28402

CASE NO.: 19–04909–5–SWH

DATE FILED: October 24, 2019

CHAPTER: 7

## DEFICIENCY NOTICE

To: Terry Tew
The above referenced petition has been filed. In order for the case to be administered, it is necessary that the item(s) described below be filed by **November 7, 2019** .

Declaration Concerning Debtors Schedules, Schedules A – J, Statement of Affairs and Statement of Current Monthly Income

Pursuant to §521(i)(1) of the Bankruptcy Code, this case may be automatically dismissed effective on the 46th day after the date of the filing of the petition if the above listed deficiency is not corrected. Should the case be dismissed and the debtor(s) file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

The Statement of Intent must be filed by **November 21, 2019** .

The Summary of Your Assets and Liabilities and Certain Statistical Information must be filed by **November 7, 2019** .

Pursuant to Bankruptcy Rule 1008, all petitions, lists, schedules, statements, and amendments should be verified or contain an unsworn declaration as provided in 28 U.S.C. 1746.

The three day mailing period as provided for under Rule 9006(f), Federal Rules of Bankruptcy Procedure, does not apply.

DATED: October 24, 2019

                                                Erin Donnery
                                                Deputy Clerk